## ROBESON v. DUNN *et al.*

The trustee in a trust deed to secure a loan has such powers as mortgagees
usually possess.

(Opinion filed July 22, 1903.)

Appeal from Circuit Court, Brown County.   Hon. A. W.
CAMPBELL, Judge.

Action by Louis Robeson, administrator of William R.
Robeson, deceased, substituted as plaintiff by order of the
court, against J. M. Dunn and others, to set aside an alleged
fraudulent release of a trust deed, and to foreclose it.   Judg-
ment for plaintiff.   Defendants appeal.   Reversed.

*L. W. Crofoot*, for appellants.

*Gamble, Tripp & Holman*, for respondents.

FULLER, J.   So far as material to the questions of law
presented, the facts and circumstances before us on this appeal
are not in the slightest degree distinguishable from Pickford
v. Peebles *et al.* 7 S. D. 166, 63 N. W. 779.   That case is con-
sistent with our former decisions, and has become a rule of
property in this state.   In this instance, as in the Pickford
case, J. M. Dunn loaned his own money, and performed every
act relating to the execution and delivery of the notes and pur-
ported trust deed.   Respondent's title thereto was acquired by
indorsement made by J. M. Dunn, in the name of P. M. Dunn,
whom he chose to name as payee, and for whom he ostensibly
acted while transacting business for himself.   Under our stat-
ute, a trust deed given to secure a loan conveys no title what-
ever; and the creditor selects the trustee, whose legal status,
in cases like this, is that of a mortgagee invested not only with

the power of sale, but such other powers as mortgagees usually possess. By a studious review of every question argued, we are given further assurance that in our former decision the rights of the parties were correctly considered and determined in the light of well-established principles of equity. Even though we considered the case unsound, it should not be disturbed after it has remained undisputed for so long a time, and titles have become vested on the strength of it.

The judgment appealed from is reversed.